387 A.2d 124

Traub, et al. v. Philadelphia Transportation Company, et al. (et al., Appellant).

Traub, et al. v. Philadelphia Transportation Company (et al., Appellant) et al.

Argued December 8, 1977. Thomas P. Grace, with him James M. Marsh, for appellant at No. 596, and appellee at No. 232; Agostino Cammisa, Assistant City Solicitor, with him Sheldon L. Albert, City Solicitor, for

appellant at No. 232, and appellee at No. 596; Joseph F. Busacca, with him Manchel, Lundy & Lessin, for appellees, Traub, et al.

Order affirmed.